LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 16 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CARLITO Y. DAHILIG,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 08-00023<br><br>**INDICTMENT**<br><br>**FALSE USE OF A SOCIAL SECURITY NUMBER**<br>[42 U.S.C. § 408(a)(7)(B)]<br>(Count 1)<br><br>**AGGRAVATED IDENTITY THEFT**<br>[18 U.S.C. §§ 1028A(a)(1) and 2]<br>(Count 2) |

THE GRAND JURY CHARGES:

**COUNT ONE - FALSE USE OF A SOCIAL SECURITY NUMBER**

Between on or about February 1, 2007 to March 2, 2007, in the District of Guam, the defendant, CARLITO Y. DAHILIG, for the purpose of obtaining something of value and for other purposes, to wit, to steal the 2004 and 2005 tax refund checks of G.H.S. and G.G.S., did knowingly and with intent to deceive the Government of Guam Revenue and Taxation, willfully cause another to falsely represent a number (i.e., SSN XXX-XX-4783) to be the social security account number assigned to the defendant by the Commissioner of Social Security, when in truth and fact as the defendant well knew, said number was not the social security account number

assigned by the Commissioner of Social Security to him, in violation of Title 42, United States Code, Section 408(a)(7)(B) and Title 18, United States Code, Section 2.

### COUNT TWO - AGGRIVATED IDENTITY THEFT

Between on or about February 1, 2007 to March 2, 2007, in the District of Guam, the defendant, CARLITO Y. DAHILIG, did knowingly use, without lawful authority, a means of identification of another person, that is, the Social Security Number XXX-XX-4783 of G.H.S., during and in relation to a felony violation of Title 42, United States Code, Section 408(a)(7)(B) and Title 18, United States Code, Section 2, to wit, false use of a social security number, in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

Dated this 16 day of April, 2008.

A TRUE BILL.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

Reviewed:

By: /s/
JEFFREY J. STRAND
First Assistant U.S. Attorney

2

**Criminal Case Cover Sheet**         **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____      Related Case Information:    **08-00023**

Country/Parish ___N/A___  
Superseding Indictment _____ Docket Number _____  
Same Defendant _____ New Defendant __X__  
Search Warrant Case Number _____  
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No _X_    Matter to be sealed: ____ Yes _X_ No

Defendant Name ___Carlito Y. Dahilig___

Allisas Name _____

Address _____

___Dededo, Guam___

**RECEIVED APR 16 2008**  
DISTRICT COURT OF GUAM  
HAGATNA, GUAM

Birth date __XX/XX/1952__ SS# __XXX-XX-0484__ Sex _M_ Race _PI_ Nationality _PI_

**U.S. Attorney Information:**

SAUSA __Marivic P. David__

Interpreter: ___ No _X_ Yes     List language and/or dialect: __Ilocano__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____  
☐ Already in State Custody  
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__  ____ Petty ____ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 42 U.S.C. § 408(a)(7)(B) | FALSE USE OF A SOCIAL SECURITY NUMBER | 1 |
| Set 2 | 18 U.S.C. §§ 1028A(A)(1) and 2 | AGGRAVATED IDENTITY THEFT | 2 |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: __4-15-08__ Signature of SAUSA: _____

Case 1:08-cr-00023  Document 1  Filed 04/16/2008  Page 3 of 3