RECEIVED

APR 1 2008

US MARSHALS SERVICE-GUAM

AO 83 (10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**CARLITO Y. DAHILIG**

Case Number:    **CR-08-00023**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**3rd Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | **302** |
| Before:    Honorable Joaquin V. E. Manibusan, Jr. | Date and Time<br>**Friday, May 2, 2008 at 10:30 a.m.** |

To answer a(n)
X Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Sections _____

Brief description of offense:

42 U.S.C. § 408(a)(7)(B), False Use of a Social Security Number, Count 1

18 U.S.C. §§ 1028A(a)(1) and 2, Aggravated Identity Theft, Count 2

**FILED**
DISTRICT COURT OF GUAM

APR 2 3 2008

JEANNE G. QUINATA
Clerk of Court

Marilyn B. Alcon; Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

**April 16, 2008**
Date

Case 1:08-cr-00023    Document 4    Filed 04/23/2008    Page 1 of 2

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  Date 4/23/08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
US Probation Office - Hogath, Ga

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4/23/08
            Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.