JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant *CARLITO DAHILIG*

**FILED**
DISTRICT COURT OF GUAM

APR 30 2008 P.D.

**JEANNE G. QUINATA**
Clerk of Court

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **CR08-00023** |
| Plaintiff, ) | |
| vs. ) | **ENTRY OF APPEARANCE** |
| ) | **AND REQUEST FOR NOTICE** |
| CARLITO DAHILIG, ) | |
| Defendant. ) | |

The Law Firm of ARRIOLA, COWAN & ARRIOLA, by Joaquin C. Arriola, Jr., Esq., hereby enters its appearance herein on behalf of **Defendant CARLITO DAHILIG**. Arriola, Cowan & Arriola request that they be served with all papers and pleadings filed in this matter, and be given notice of any and all proceedings herein.

Dated at Hagåtña, Guam: April 30, 2008.

ARRIOLA, COWAN & ARRIOLA
Counsel for Defendant *CARLITO DAHILIG*

_____
JOAQUIN C. ARRIOLA, JR.

**ORIGINAL**