# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00023  DATE: May 02, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio  Electronically Recorded: 10:15:15-10:20:57

**APPEARANCES:**

Defendant: Carlito Y. Dahilig  Attorney: Joaquin C. Arriola, Jr.
☑Present ☐Custody ☐Bond ☐P.R.  ☑Present ☑Retained ☐FPD ☐CJA
U.S. Attorney: Marivic P. David  U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Defendant waives reading of Indictment.
- Defense states for the record that the defendants name is Carlito F. Dahilig, and not Carlito Y. Dahilig.
- Defendant sworn and examined.
- Plea entered: Not guilty
- Scheduling Order executed.
- Trial set for July 1, 2008 at 9:30 a.m.
- Defendant released on bond.

NOTES: