PS 40A
(REV. 6/05)

UNITED STATES DISTRICT COURT

# NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO**: | Immigration and Customs Enforcement<br>Attn: Detention and Removal Operations<br>108 Hernan Cortez, Suite 100<br>Hagatna, Guam 96910 | **FROM:** | John W. San Nicolas II, U.S. Probation Officer<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

[X] **Original Notice**  [ ] **Disposition of Original Notice**

Date: **May 5, 2008**  Date: _____

By: **Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**  By: _____

---

Defendant: **DAHILIG, Carlito F.**  Case Number: **Criminal Case #08-00023-001**
Date of Birth: **XX-XX-1952**  Place of Birth: **Ilocos Norte, Philippines**
SSN: **XXX-XX-XXXX**  Alien ("A") Number: **XXXX-XXX-XXX**

---

**NOTICE OF COURT ORDER** (Order Date: May 2, 2008  )

[X] The above-named defendant surrendered Passport Number  XXXXXXXX  (Issuing Country:  Philippines  ) to the custody of the U.S. Probation Office on  05/05/2008  .

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ]  Defendant not convicted.

[ ]  Defendant convicted.

---

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
  ☐ Not Convicted - Document returned to defendant.
  ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)