**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
CHANGE OF PLEA**

CASE NO.: CR-08-00023-001            DATE: June 02, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz      Electronically Recorded: 9:32:04 - 9:53:02

**APPEARANCES:**
Defendant: Carlito F. Dahilig      Attorney: Joaquin C. Arriola, Jr.
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Marivic P. David      U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter: Primo Caburian      Language: Tagalog

**PROCEEDINGS: Change of Plea**
- Pen and Ink changes made to plea agreement.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant waives his right to trial, judgment and sentencing by a district judge and consents to proceed before the U.S. Magistrate Judge.
- Defendant sworn and examined.
- Defendant advised of his rights, charges and penalties.
- Plea entered: Guilty to Count I.
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Status hearing set for: August 29, 2008 at 2:30 p.m.
- Defendant released on bail as previously ordered by this Court.

NOTES: It was noted on the record that the Defendant's middle initial was "F" and the court directed that corrections be made accordingly.