**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**\*\*AMENDED MINUTES\*\***
**CHANGE OF PLEA**

CASE NO.: CR-08-00023-001    DATE: June 02, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori    Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz    Electronically Recorded: 9:32:04-9:53:02

**APPEARANCES:**

Defendant: Carlito F. Dahilig    Attorney: Joaquin C. Arriola, Jr.
☑Present ☐Custody ☐Bond ☑P.R.    ☑Present ☐Retained ☐FPD ☑CJA
U.S. Attorney: Marivic P. David    U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter: Primo Caburian    Language: Tagalog

**PROCEEDINGS: Change of Plea**
- Pen and Ink changes made to plea agreement.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Defendant advised of his rights, charges and penalties.
- Plea entered: Guilty Count I.
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Status hearing set for: August 29, 2008 at 2:30 p.m.
- Defendant released on bail as previously ordered by this Court.

NOTES: It was noted on the record that the Defendant's middle initial was "F" and the court directed that corrections be made accordingly.

\*\* Amended to remove sentence: "Defendant waives his right to trial, judgment and sentencing by a district judge and consents to proceed before the U.S. Magistrate Judge".