IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00023 |
| Plaintiff, ) | |
| ) | **ORDER ACCEPTING PLEA OF GUILTY** |
| vs. ) | **AND ADJUDICATING GUILT, AND** |
| ) | **NOTICE OF STATUS HEARING** |
| CARLITO F. DAHILIG, ) | |
| Defendant. ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant Count I of an Indictment charging him with False Use of a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B) and 18 U.S.C. § 2, is now ACCEPTED and the Defendant is ADJUDGED GUILTY of such offense. All parties shall appear before the United States Magistrate Judge for status hearing on August 29, 2008, at 2:30 p.m., with the sentencing hearing to be scheduled at a later date.

IT IS SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Jun 20, 2008**