LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

AUG 27 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> CARLITO DAHILIG, <br> Defendant. | CRIMINAL CASE NO. 08-00023 <br><br> **STIPULATION OF PARTIES TO CONTINUE STATUS HEARING** |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, CARLITO DAHIILG, by and through his attorney, Joaquin C. Arriola, Jr., and hereby stipulate and request that the status hearing currently set for August 29, 2008, be continued to at least three (3) months thereafter to be set by the Court.

SO STIPULATED:

8/26/08
Date

8/26/08
Date

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

MARIVIC P. DAVID
Assistant U.S. Attorney

JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant

**ORIGINAL**