LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 27 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00023 |
| Plaintiff, | |
| vs. | **MOTION TO FILE JUSTIFICATION UNDER SEAL** |
| CARLITO DAHILIG, | |
| Defendant. | |

COMES NOW the United States of America, by and through the undersigned counsel, and moves this Honorable Court for an Order allowing it to file under seal its memorandum in justification of the parties' stipulation to continue the status hearing. The government makes this motion for the reasons set forth in the memorandum.

RESPECTFULLY SUBMITTED this 26th day of August 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By _____
MARIVIC P. DAVID
Assistant U.S. Attorney

ORIGINAL