LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 08-00023 |
| vs. ) | ORDER |
| CARLITO DAHILIG ) | |

This matter having come before this Honorable Court based on the United State's Motion to File Justification under Seal; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the motion to file justification under seal is hereby granted.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Aug 27, 2008**