LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00023 | |
| ) | | |
| Plaintiff, ) | | |
| vs. ) | | |
| ) | **ORDER** | |
| CARLITO Y. DAHILIG, ) | | |
| Defendant. ) | | |

    Based on the Stipulation of Parties to Continue Status Hearing, filed August 27, 2008, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

    **IT IS HEREBY ORDERED** the Status Hearing be re-scheduled to December 2, 2008, at 2:30 p.m.

    **So Ordered.**

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Aug 27, 2008**